## ▮▮▮▮ UNITED STATES *versus* TWO HUNDRED AND SIXTY-FOUR BUSHELS WHEAT, CLAIMED BY HENRY DISBROW AND JAMES WILLIAMS. ▮▮▮▮

JOURNAL ENTRIES: (1) Oct. 3, 1828: libel filed, time fixed for trial, notice ordered published; (2) Dec. 2, 1828: publication proved, proclamation made; (3) Dec. 4, 1828: attendance of witness proved; (4) Dec. 6, 1828: claimants allowed to prosecute claims, rule to plead or answer; (5) Dec. 8, 1828: leave given to amend libel, amendment made, claimants ruled to answer, attendance of witness proved; (6) June 29, 1829: leave given to withdraw replication and to amend libel, rule to plead to amended libel; (7) Dec. 9, 1829: jury impaneled, motion for attachment of witness for failure to appear granted, jury trial, attendance of witnesses proved; (8) Dec. 10, 1829: verdict for claimants, motion for certificate of reasonable cause of seizure, motion for cancellation of claimants' bond, attendance of witnesses proved; (9) Dec. 11, 1829: reason-

able cause of seizure certified, claimants' bond ordered delivered up for cancellation.

PAPERS IN FILE (1828–29): (1) Libel; (2–4) subpoenas; (5) proof of posting notice; (6) published notice and proof of publication; (7) printer's bill; (8) claim; (9) claimants' bond; (10) subpoena; (11) stipulation to extend time for pleading; (12) claimants' plea; (13) replication; (14) subpoena; (15) plea; (16) precipe for subpoena; (17) subpoena; (18) precipe for subpoenas; (19–22) subpoenas; (23) verdict; (24) revenue bond.

*File No.* 25 of 1828.